DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENARDO FERGUSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-97

[May 4, 2016]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 07008939CF10A and 07013853CF10A.

Renardo Ferguson, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See McLendon v. State*, 58 So. 3d 387, 388 (Fla. 5th DCA 2011) (breach of a plea agreement does not render sentence illegal, and claim is not cognizable under rule 3.800 (a)).

WARNER, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***